UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYBANC CAPITAL MARKETS INC., Plaintiff, v. RELATIONEDGE, LLC, Defendant. | Case No. 18-cv-03926-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 24 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 8, 2019

WILLIAM H. ORRICK
United States District Judge